UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE


<u>Northeast Credit Union</u>

    v.                    Civil No. 09-cv-00088-JL

<u>CUMIS Insurance Society, Inc.</u>


**O R D E R**

As I have an account with the Northeast Credit Union, I hereby recuse myself from presiding over this case.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  June 1, 2009

cc:  Russell F. Hilliard, Esq.
     Lauren S. Irwin, Esq.
     Bernard D. Posner, Esq.
     Bradford R. Carver, Esq.
     Derek D. Lick, Esq.